Johnson Oil Refining Company, plaintiff in error, v. Ellis F. Burt and Anna Burt, defendants in error. Gen. No. 8,809.

Opinion filed January 10, 1935.

John P. Palissard, for plaintiff in error. Edward F. Braden and Miles S. Odle, for defendants in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Anna Domeyer et al., appellees, v. William L. O'Connell, receiver of First Trust and Savings Bank of Sterling, appellant. Carolina M. Stadeble et al., appellees, and Joe Reaver, defendants. Gen. No. 8,853.

Opinion filed January 10, 1935.

Jacob Cantlin and Samuel Rubin, for appellant. Ward, Ward & Scheineman and Edward F. Mee, for appellees.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Dorothy F. Durr Schuchat, appellant, v. Stanley F. McKee, appellee. P. A. Whitney and First National Bank of Morrison, defendants. Gen. No. 8,857.

Opinion filed January 10, 1935. Rehearing denied February 5, 1935.

Sheldon & Brown, for appellant. Ward, Ward & Scheineman, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Charles Oertley, defendant in error, v. Maria L. Gruner et al., plaintiffs in error. Gen. No. 8,862.

Opinion filed January 10, 1935. Rehearing denied February 5, 1935.

Henry Mansfield and David J. Cowan, for certain plaintiffs in error. Quinn, Quinn & O'Hern, for defendant in error; Jay J. Alloy and Emerson T. Anthony, of counsel.

Mr. Presiding Justice Wolfe delivered the opinion of the court.